In the United States District Court

Western District Of Arkansas

_____ Division

Christopher Mark Carrier

#0132982 Benton County  # 182433 Ark Dept. of Corrections

*(In the space above enter your full name and Prison ID*
*Number, if any. Do not include your Social Security Number).*

-against-

Tracey Robinson

Flint Junad & Turnkey Medical

Shawn Holloway

Sam Hall

*(In the space above enter the full name of each Defendant)*

**Case**
**No.** 23-5133 TLB/MEF
(To be filled out by Clerk's
Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

Christopher Mark Carrier

Name (First, Middle, Last)                                    Aliases

0132982 (Benton County) 182433 Ark. Dept. Corrections

Prisoner ID #, if any

Benton County Detention Center

Place of Detention or Incarceration

1300 S.W. 14th St. Bentonville, AR. 72712
Address (*If detained, facility address*)

Benton County, Bentonville, AR. 72712
County, City                State              Zip Code

## II.     PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☑ Convicted and serving a sentence. Provide Date of Conviction  May 11th, 2023.

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:     Junod, Flint
                 Name (Last, First)

                 C.E.O. Turnkey Medical
                 Current Job Title

                 900 N.W. 12th St.
                 Current Work Address

                 Oklahoma City  OK.          73106
                 County, City        State        Zip Code

Defendant 2:   Robinson, Tracy
_____
Name (Last, First)

Head Nurse for Benton County Detention (Staffed by Turnkey)
_____
Current Job Title

1300 S.W. 14th St.
_____
Current Work Address

Benton County, Bentonville  AR.              72712
_____
County, City            State          Zip Code


Defendant 3:   Holloway, Shawn
_____
Name (Last, First)

Sheriff Benton County Detention Center
_____
Current Job Title

1300 S.W. 14th St.
_____
Current Work Address

Benton County, Bentonville  AR.        72712
_____
County, City            State          Zip Code


Defendant 4:   Hall, Sam
_____
Name (Last, First)

Public Defender in Benton County, Arkansas
_____
Current Job Title

1204 SW. 14th St.
_____
Current Work Address

Benton County, Bentonville, AR.      72712
_____
County, City            State          Zip Code

## IV.  STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.* ***List each claim separately*** *(e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:  Benton County Detention Center

Date(s) of occurrence:  June 12, 2021

Name of Each Defendant Involved:

Tracey Robinson
Flint Junod (Turnkey Medical)
Sheriff Shawn Holloway (Benton Co. Detention)

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Federal & state Legislation of Inmate Health Care policy & procedure specifically pertaining to (but not limited to); Ark. Admin. Rules 004-00-90 Health Services (Section IV, C) (Section V, Policy) (Section VI Procedures (A, O, E, H, I)

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: →※ June 12, 2021 - Transported from Washington County, AR jail to Benton County Detention Center after being confirmed to have Covid-19 by Washington County's medical staff. Tracey Robinson & Benton County Detention Center's staff was notified by both Washington County's medical & correctional detention staff and personally (myself) on multiple occasions

> What happened to you?

in which they promptly processed me, with my previously
known medical issues & compromised immune system, and

**Who did what?**

placed me into general population. Scared for my
life, my family and I found it to be an essential
priority to preserve my vitality and posted bond on

**How were you injured?**

a$27,500 that we would have otherwise not posted.
This occured all under the care of Sheriff Shaun
Holloway & Flint Junod of Turnkey Medical.
Injuries sustained further compromisation of immune
system, loss of functioning and vitality in an immeasurable
quantity/quality due to lack of proper medical accommodation to
meet reasonable & necessary health practices especially in
regards to a potentially lethal disease w/ long reaching health
degradation & consequences.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental
   entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or
   widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an
   individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or
widespread practice that you believe caused the violation of your constitutional rights.

1.) Deviations from literally every aspect of procedure
policy that regulates the administering of health
care at both levels of state and federal rights & statues.

2.) Also teeters on cross medical negligence to the degree
where criminal wreckless endangerment could be a
consideration within the lawsuit considering other lives directly
effected.

**Claim Number 2:**

Place(s) of
occurrence:                  Benton County Detention Center

Date(s) of occurrence: September 7th 2022 thru October 20th-25th

Name of Each Defendant Involved:

Tracey Robinson, Flint Junod & Turnkey Medical, Sherriff Shawn Holloway, Public Defender Sam Hall

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Federal & State Legislation regulation concerning policy & procedure governing state correctional facility mandatory fundamental health care rights and standards for inmates. Specifically found to be in violation under Ark. Admin Rules 004-00-90 Health Services Under (Section IV, C, Accessibility), (Section I, Procedure) & Section VI, A,D,E H,I, (procedu...)

*State here briefly the* **FACTS** *that support your case. Describe how* **EACH DEFENDANT** *was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: 1.) August 28th sleeping above fellow inmate diagnosed w/ MRSA as a trustee & immediately informed wife and wife began persistently communicating concerns to litany of Benton County Detention Center's staff, (especially Medical), Tracey Robinson, and even my Public defender Sam Hall, based upon a myriad of previously existing health concerns, mutually aware of by all parties & authorities involved, who refused to work with wife and acknowledge condition based on HIPPA privacy.

| What happened to you? |

| Who did what? |

| How were you injured? |

2.) August 31st terminated as a trustee, admitted into general population where there was 4 other inmates who were also diagnosed with MRSA & an ingrown hair / pimple becomes infected around Sept. 7th

3.) September 7th thru Sept. 21st

   a.) Exhausted the process under U.S.C. 1997 of internal communications & grievances with expressed urgency to no effectual progress or resolution.

   b.) Condition or health approached entropy overnight with easily observable manifestations rendering my health into urgent need of medical care & assistance w/ a gaping, infected, open laceration and a leg so inflamed I couldn't hardly fit into facility provided stripes, while Tracey Robinson scoffed and argued the serious nature of my waining health... (please see other side)

§ Facts Cont'n

4.) Finally admitted to hospital after facility's regiment of antibiotics failed miserably, where my condition was finally validated, justified and diagnosed as advanced MRSA infection threatening life and limb, attended to very tardy, in the knick of time according to hospital staff

5.) Released 4 days later to BCDC w/ perscribed meds never distributed & instead given Tylenol & ibuprofen to remedy post surgery pain and potential for reinfection where I spent 30 days in medical pod w/out the perscribed physical therapy.

6.) Bonded out at earliest possible opportunity without a feasible plan to recover the funds allocated to do so, for fear of life and limb.

7.) Surrendered bond on FTA's due to fear of returning, and when brought into custody again, ended up being penalized with a 5 year prison sentence on account of not appearing for court as a result of aforementioned testimony / claim(s)

8.) All of this previously mentioned account was overseen by Shawn Holloway, Tracey Robinson, and Flint Junod w/ Turnkey Medical

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Exact Same as mentioned in Claim #1. (Please refer to official capacity claim #1's grounds for construction of claim)

**Claim Number 3:**

Place(s) of
occurrence:

Date(s) of occurrence:

Name of Each Defendant Involved:

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | _____ |

| Who did what? | _____ |

| How were you injured? | _____ |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐     Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐     Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐     Both Official and Individual capacity

*__If you are asserting an official capacity claim,__ please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____
_____
_____

Page **8** of **11**

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑    Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

I. Compensatory Damages
   a.) Surrenderal bond replacement
        • 42,500   - • 7500    = $ 70,000.00
        • 10,000   • 10,000
   b.) $ 1500 a day for every day incarcerated in lieu of
        • Days incarcerated in Benton County during time of suffering
        • Days incarcerated from beginning to end of current sentence
        *63 days + 365 days= 428 X 1500 = $ 642,000.00
   c.) Reduced quality of life & decreased life span potentially
        requiring residential medical care
        - Quality of life / diminished life span $ 2,500,000.00
        - Residential Medical Care assuming 20 years @ $60,000 per year)

II. Punitive Damages
    a.) Resignation of all defendants current employment occupation

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a          ☐ Yes      ☑ No
prisoner?

      If yes, how many?    _____

Have you brought any other lawsuits in state or federal court **dealing with**          ☐ Yes      ☑ No
**the same facts as this case**?

      If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7/20/23
_____              _____
Dated                                      Plaintiff's Signature

Christopher M. Carrier
_____
Printed Name (First, MI, Last)

Benton County Inmate # 0132982   Ark. Dept. Corrections # 182433
_____
Prison Identification #, if any.

Benton County Detention
_____
Prison Address                    City              State      Zip Code

Dear Pro Se Law Clerk,

Hello my name is Chris Carrier and I am currently a resident inmate at Benton County Detention Center in Benton County, Arkansas. I am writing you in order to obtain a form 28 U.S.C. § 1983 & 1915 in order to legally and effectively establish that my human, civil, and medical rights were perpetrated and abused. According to the instructions for filing, I am to include a factual, brief summary regarding what occured. Here is that synopsis...

In mid September of last year I wound up with mersa contracted at the Benton County Jail I spoke with medical and I was sent away, scoffed at after being examined by the head nurse, who basically minimized my serious condition and said, "I was over exxagerating.", and it was, "a bug bite." I then exhausted the the grievance & medical grievance process made available, proclaiming that, "my situation required urgent care", and I was denied access to adequate medical care and the swift application of it. Quite frankly, all

That was presented by Benton County Detention Center Medical Staff was obstacle after obstacle. Things such as:

1.) Not allowing bed rest
2.) Disalowing BCDC's M.D. to assess my condition, or treat it.
3.) Disallowing me to sign a HIPPA waiver so that my mother could get my health documents
4.) Disallowing outside medical care, assessment, or referral
5.) Failure to provide prompt medical remedy in a medical situation easily determined to be life threatening.

2 weeks later... They finally get me to the hospital after my Mother persistently demanded that I get medical attention, and wind fall of that attention finally arrived. Who knows best other than the receiving medical doctor about how close I was to mortality and/or the amount of damage done in lieu of the extended period of waiting and suffering incurred? Let's just say his primary goal once I arrived was "to work on keeping me alive." Without further adieu, might I receive the requested documents aforementioned? Your consideration and attention in this matter is greatly appreciated. Sincerly, Christopher M Carriedale 7-17-23

NJ inmate# n182982



Benton County Detention Center
1300 SW 14TH ST
BENTONVILLE AR 72712-3833

neopost
08/09/2023
US POSTAGE

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

AUG 14 2023

Ronald E. Dowling
By _____
Deputy Clerk

RECEIVED
JUL 14 2023

UNITED STATES DISTRICT COURT

REFUSSED OUT

AUG 10 2023