**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CHRISTOPHER MARK CARRIER**                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 5:23-CV-5133**

**FLINT JUNOD, Chief Executive Officer**
**of Turn Key Health Clinics, LLC;**
**HEAD NURSE TRACEY ROBISON,**
**Turn Key Health Clinics, LLC;**
**SHERIFF SHAWN HOLLOWAY,**
**Benton County, Arkansas;**
**and SAM HALL, Public Defender, Benton County**                     **DEFENDANTS**

<u>**ORDER**</u>

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**.  Accordingly, upon preservice screening pursuant to 28 U.S.C. § 1915(A), the following claims are dismissed for failure to state claims upon which relief may be granted:

- All claims against Public Defender Sam Hall;

- The individual capacity claims against Sheriff Holloway;

- The individual capacity claims against Flint Junod; and,

- The official capacity claims against Nurse Robison.

By separate Order the Court will direct service of the Complaint and this Report and Recommendation on Sheriff Holloway, Flint Junod, and Nurse Robison.

**IT IS SO ORDERED** on this 15th day of September, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE