# In the United States District Court
## Western District Of Arkansas
_____ Division

Christopher Mark Carrier
ADC # 182833 Benton County CCN# 0132982   cc

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

Amended

-against-

Case No. 23-5133
(To be filled out by Clerk's Office only)

Tracy Robison, Flint Junod (Turnkey Medical) Sheriff Holloway, Heather Lovelady, Officer Coller, Jennifer Blakely, Officer John Doe 1-10, Nurse Jane Doe 1-4, Benton County

*(In the space above enter the full name of each Defendant)*

**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

**I.   PLAINTIFF INFORMATION**

Christopher Mark Carrier           NA
Name (First, Middle, Last)         Aliases

ADC # 182833 Benton County OCA# 0132982   cc
Prisoner ID #, if any

Benton County Detention Center    P.O. Box 1630 Malvern
Place of Detention or Incarceration   Ark 72104

Page 1 of 11

~~1300 SW 14th ST.~~ CU P.O. Box 1630 Malvern
Address (*If detained, facility address*)

~~Benton County, Bentonville AR~~ CU Benton County, Bentonville AR ~~72712~~ 72104
County, City                State                Zip Code

## II.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☒ Convicted and serving a sentence. Provide Date of Conviction **May 11, 2023**.

☐ Other. Explain: _____

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   **Shawn Holloway**
Name (Last, First)

**Sheriff**
Current Job Title

**1300 SW 19 St**
Current Work Address

**Benton, Bentonville   AR   72712**
County, City         State         Zip Code

Page **2** of **11**

Defendant 2: Tracy Robinson  Robinson Tracy
Name (Last, First)

Head Nurse
Current Job Title

1300 SW 14 ST
Current Work Address

Benton, Bentonville AR   72712
County, City    State    Zip Code

Defendant 3: Flint Junod
Name (Last, First)

CEO of Turnkey Medical
Current Job Title

4250 Venetian Lane
Current Work Address

Washington Fayetteville AR   72703
County, City    State    Zip Code

Defendant 4: Officer Collier
Name (Last, First)

Detention Officer
Current Job Title

1300 SW 14th ST
Current Work Address

Benton, Bentonville AR   72712
County, City    State    Zip Code

Defendant 5) Benton County AR

Defendant 6) Heather Lovelady  Lovelady Heather

Defendant 7) Turnkey Medical

Defendant 8) Officer John Doe 1-10

Defendant's 9) Nurse Jane Doe 1-4

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Washington County / Benton County Detention Centers

Date(s) of occurrence: _____

Name of Each Defendant Involved:

Benton County, Shawn Holloway, Tracy Robison, Transport officer John Doe, Detention Officer John Doe 1-4, ~~Turnkey Med~~ Flat Sunod

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Medical indifference, Vicarious liability, Strict liability, Neglect infliction of emotional distress, and medical (denial) refuse treatment. 8th Amendment and 14th Amendment

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**What happened to you?**

FACTS: On or about 8-12-2021 I was Arrested in Washington County when I got there they tested me for Covid-19 and I was positive I did in fact have Covid-19 they informed benton County of my Condition and going agisnt Policy they transported me with Covid-19 on the way to benton County the transport officer told them again that I had Covid-19 When I got to benton County They again broke policy by Putting me into general population The following morning while the nurse Tracy Robison was making her rounds I insested on seing her and told her that I had Covid-19 She said " They would not have transported you with Covid " in front of three officers without so much as Check,n,

Into general population & was not treated or taken seriously, the thought of everyone I could have hurt making Bail still bothers me to this day.

Note: I wrote Everything on Front

**Who did what?** } — See pg. 4

**How were you injured?** } See pg. 4

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☒ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☒ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☒ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

1) Policy Against transporting Someone Who has Covid-19
2) Policy Against putting Someone in General population instead of Quara
3) Medical Indefference 4) Unwritten Bluewall of Silence policy, 1kn
5) Vicarious liability Bstrict liability, 7)Neglect infliction of Emotional distress, 8) medical (denial) refuse treatment
Under The 8th and 14th Admendments

**Claim Number 2:**

Place(s) of occurrence: Benton County Detention Center

Date(s) of occurrence: Aug. 25th 2022 – ~~September~~ ~~2022~~ on or about September 31st 2022

Name of Each Defendant Involved:

Benton County, Shawn Holloway, Tracy Robison, Flint Wood, Turnkey Medical, Officer Coller Nurse, Heather Lovelady, Jennifer Bleakley, Officer John Doe 1-10, Nurse Jane Doe 1-4 Megan Rutlage

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

1) Medical (denial) refuse treatment 2) Medical indifference 3) Negligence Standard of Care 4) breach of care 5) Medical neglect, Malpractice County Jail 6) Vicarious liability 7) Strict liability 8) negligent infliction of emotional distress 9-11 on Back

State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS: All this happend under the care of Sheriff Shawn Holloway and Turnkey Medical. On Aug. 25th 2022 I was sleeping above a fellow inmate diagnosed with (MRSA) while being a trustee. I then informed Officer John Doe, Officer John Doe, Officer John Doe, Nurse Jane Doe All of whom are or were employed at (BCDC). I also informed my wife while in light of my previous health had concerns and began persistantly communicating concerns about my health to defendants Lt. John Doe, Lt. John Doe, Officer Jane Doe, Officer Jane Doe, Officer John Doe, Defendants refuse to work with myself or my wife or acknowlege due to "Hippa" concerns that I was denied a waiver to sign by Heather Lovelady. On or about Aug. 31st 2022 I was terminated as trustee and placed in General Population. I was housed with (another) inmates who were diagnose with (MRSA). I complained about the housing conditions to officer John Doe, Officer Coller, Officer John Doe, Officer John Doe, Nurse Jane Doe, Nurse Tracy Robison, and Nurse Jane Doe. I also asked on many occations that the infected inmates be rehoused or Quarantined over the next week to 10 days I expressed my concerns about my saftey because of my previous heath history so much that I was threatend with disaplanary measures if continued, and none of the staff at (BCDC) did anything. I was still despratly trying not to catch this contagous Deadly infectious Disease (MRSA) again. → turn over Please

[Margin boxes: What happened to you? / Who did what? / How were you injured?]

~~11) Adequate Infliction of Emotional distress~~

11) Adequate medical care to plaintiff and deliberately indefferant to this failure

10) Suffer from serious medical conditions that are likely to cause significant deterioration to my health, permanent functional impairment, or Death if Untreated or treated improper

11) Permanent Scarring and disfigurement to right leg

All (1-11) fall under the 8th and 14th Amendments

Continued:- Still Day after Day, the Staff of Benton County officers and nurses alike Willfully and delebratly continued housing me with the infected inmates in D-Pod. Even though there are policy's in place to Quarntine Contagious infictious Deadly diseases or even anyone who is suspected of Carriering one, the unwriten Blue Wall of Silence Policy is Withheald above even human Safty. on or about Sept. 17 2022 I got what Appeared to be an ingrown hair or pimple Quickly it became an "gapping" open laceration on my right knee then my right leg became so swollen that it hardly fit into my State Issue stripes everyday the pain brought tears and caused me to BEG (BCDC) Staff for help I did not get, instead I was told to get up when I was laying down in the day room, made to sit at the tables with my leg straight out because it was so Swollen I could not Bend it It hurt so bad I was So Sick when I asked Nurse Jane Doe for bed rest She said "We typically don't give bed rest here" So that's where they made me sit it was So painful worse than torture it was torture. I was also denied med Supply's Example: I asked officer Coller for some Clean stripes and a bandage to Cover my ~~wound~~ Sore time Passed without nothing So I asked Another Officer making Coller Pull me out into the hall ignoring my excruciating pain and asked "Why are you mom and popin us?" then Slammed the door behind me making me sit in dirty stripes sticking to my wound until the following day. My infection became noticably Worse I kept ~~shedding~~ the guards and they kept Slamming the door in my face for nearly a week Still no Dr or help. I even told them the Antibiotics wouldn't work I needed the ones I got through my Pic line the last time I got (MRSA) but they ignored my Please, pain and Severity of the entire ordeal they willfully and delebratly changed my Antibiotic from Amoxicillin to Ogmenton without me ever seeing a Dr with the pain and Swelling now threating life and limb and Exhausted all forms for complaints available to me. I even contacted Jennifer Bleadly BCDC) Social worker on 09/22/2022 with an emergency Eventually I got ahold of my mother, explained the severity of the situation and asked her to start calling (BCDC) and not to stop until she heard back from me letting her know I was ok. She texted me back at 10:46am on 09/21/2022 and told me that (BCDC) was fully aware of my previous medical history and that I needed to sign the waiver for "Hippa" so they would talk to her they still wouldn't let me do it finally after what Seemed an eternity I was admitted into Mercy hospital with an advanced (MRSA) threatening life and limb Also was suffering and still am an irregular heartbeat due to the prolonged exposure from this deadly contagious infectious disease (MRSA)

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- [x] Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- [x] Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- [x] Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.

Under the 8th and 14th Admendments ~~any and all police that~~ "When any lay person can see that you need medical help" Medical indefference, medical (denial) refuse treatment, Negligence Standard of Care, breach of Care, Medical neglect, malpractice County Jail, Vicarious liability, Strict liability, Neglegent infliction of emotional distress, Adequate medical care to Plantiff and are deliberately indifferant to this failure → Turn over The ~~Unwritten~~ Blue Wall of Silence policy

**Claim Number 3:**

Place(s) of occurrence: Benton County Detention Center

Date(s) of occurrence: ~~October~~ ~~Sept 30th October~~ September 30 2022 Through ~~Oct~~ November 30 2022 on or About

Name of Each Defendant Involved: Benton County, Sheriff Shawn Holloway, Flint Junod, Turnkey medical Tracy Robison, Nurse Jane doe 1-4 Officer John Doe 1-6

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

Medical (denial) refuse treatment, medical indifference, Negligence Standard of Care, breach of Care, Medical neglect, malpractice County Jail, Vicarious liability, Strict liability, Neglegent infliction of emotional distress, Adequate medical Care to me and are deliberately indifferant to this failure, Suffer from Serious Medical Conditions, deterioration to my health, or Permanent functional imparment, or Death if untreated or treated improperly and permanent Scarring and disfigurement to my right leg 8th and 14th A.

Page 7 of 11

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

| | |
|---|---|
| **What happened to you?** | FACTS: After 4 days in the hospital when I returned to the care of Benton County Sheriff Shawn Holloway, Flint Junod, Tracy-Roberson Staff of (BCDC) and Turnkey Medical, I was put into medical pod on 23 hrs. a day lockdown they did not have all my meds and my pain medication was not given to me at all without having seen a Dr. at all the nurses at (BCDC) tried to give me something else for the pain without asking about allergy's or side effects witch I did |
| **Who did what?** | infact suffer from side effects known as "Restless leg Syndrom" or "RLS" so I elected to only take the Tylenol and Ibuprophine to remedy Post Surgery pain and potential for re-infection I spent over a month |
| **How were you injured?** | locked down in fear pain agony, while they did not do what they were told to by my surgeon and his staff at mercy hospital from theire lips to my ears and I pray that Justice will be served so this dosent happen to anyone again. |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

- [x] Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- [ ] Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- [x] Both Official and Individual capacity

_If you are asserting an official capacity claim,_ please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

Unwriten Blue Wall of Silence Policy
1) medical denial, refuse treatment (2) medical indefferant (3) Negligente standard of Care 4) breach of Care (5) medical neglect, malpractice County Jail (6) vicarous liability 7) Strict liability (8) Neglect infliction of emotional distress (9) Adequate medical care to Plaintiff and are deliberately indefferent to this failure (10) suffer from serious medical conditions that are likely to cause significant deterioration to my health permanent impairment, or death if treated improper or untreated Permanent Scaring and disfigurment to right leg  8th 14th A.S. Amendt (Claim 4)

Claim 4

Place of Occurrence: Benton County Detention Center (BCDC)

Dates of Occurrence: on or about Aug 25th through November 1st 2022     2022

Names of Defendants involved:
Benton County, Sheriff Shawn Holloway, Flint Junod, turnkey medical, Heather Lovelady, Officer Coller, Jennifer Bleakey, Officer John Doe 1-10 and nurse Jane Doe 1-6

State wich of your federal rights and Constitutional rights or federal Statutory rights have been violated: Federal & State legislation regulation Concerning Policy and Procedure governing State Correctional facility Mandatory fundamental health care rights and standards for Inmates specifically to be in Violation under Ark. Admin rules 004-00-90 Health Services under Section IV, C, (accesability), (Section V procedure), and Section VI, A,D,E,H,I, (procedure)

State here breifly the FACTS that support your case Describe how Each Defendant was personally involved in the alleged wrongful actions, Stat whether you were physically injured as a result of these Actions and if so what medical Attention was provided for you.

Facts: Defendants Benton County, Arkansas is a County in Arkansas Wich Employees law enforcement officers to detain and Confine individuals While Awaiting trial and is responsible for the acts of omission of its officers and employees when, as in this case it knew or in the exercise of in reasonable care should have known that its officers and employee subjected others to an unreasonable risk of harm; that it was Neglagent in Supervising and retaining its officers and its employees was approxamate Cause of plaintiffs damages Plaintiff further alleges that his lac of treatment amount to reakless Criminal endagerment in the Case of Einaugler v. Supreame Court of State of NY 109 F.3d 836 (2nd Cir 1997).

Note: Please add These Federal and Constotutional rights Violations to Claims 1-3

This is about Individual and official Compacity Claim perivation from litterly every Aspect of procedure policy that regulates the administering of health care at both levels of State and Federal rights and Statues

The rest of these that be here are on Claims 1-3 please add to Note:

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☒ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☒ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☒ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I am seeking over $100,000.00 exceeding the jurisdiction of this Court, including punitive damages, nominal damages, Pain and Suffering, Table damages, and Compensatory damages

On Back →

I believe I am Entitled to these damages artists because I now have an irregular heartbeat, and Because of Permanent Scar, and disfigurement I had to have emergency surgery, because the time I spent begging for medical treatment in one of the worst and longest condition's of my life, for my life and limb because it could have been and should have been Avoided because I never once seen a Dr. At (BCDC) because of all the policy's broken and Because Nobody that Said or did anything Sooner Because of 2 to 4 - 0 day lock down for of for almost A month without there meds I was Cruely Punished for Needing help for a very long time and most of all I can proove it! and Finaly So this doesn't happen to anyone else

I belive that everyone no matter where they are intitled to better treatment then so many of us inmates got I would hope and pray that Justice will be done so that is possible for all Health Care is a right not a prevalege. any policy's that need to be rewriten or desposed of should be done and and Fireing of employees should be done along with retraining the exsisting along with better training the new employee also I belive that if any irregular heartbeat should thraten to complicat or shorten my life I should be able to Afford the best healthcare and treatments should any arise I also went through about 3 month's of Hell on Earth while fighting and Begging for my life and limb at (BCDC) wich I pray no one has to ever Do again with my Permant Scaring and disfigurement let it be a thing no one ever has to endure again at (BCDC)

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes   ☒ No

    If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?     ☐ Yes   ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____

## VII.  PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/18/2023
Dated

Chris Carrier
Plaintiff's Signature

Christopher M Carrier
Printed Name (First, MI, Last)

ADC# 182833  Benton ~~County GC# 0132982~~
Prison Identification #, if any.

1300 ~~Sw 14th St.~~ Bentonville  AR  72712
Prison Address                    City                State    Zip Code

Notice: of Change of ADDRESS
P.O. Box 1630 Malvern AR 72104
Christopher M Carrier ADC# 182833

Christopher M Carrier ADC# 182833
OUACHITA River Correctional Unit
PO Box 1630 Malvern, AR 72104

LEGAL



UNITED STATES District Court
OFFICE OF THE CLERK CLERK
35 E. Mountain, Room 510
FAYETTEVILLE, ARKansas 72701

Received WD/AR
OCT -2 2023
U.S. Clerk's Office