IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER MARK CARRIER**                                                                           **PLAINTIFF**

V.                                       **CASE NO. 5:23-CV-5133**

**HEAD NURSE TRACEY ROBISON,**
Turn Key Health Clinics, LLC;
**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas;
**BENTON COUNTY, ARKANSAS;**
**TURN KEY HEALTH CLINICS, LLC;**
**OFFICER JOHN DOE 1-10; and**
**NURSE JANE DOE 1-4**                                                                                 **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 69) filed in this case on June 18, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. Mr. Carrier's Motion for Summary Judgment (Doc. 53) is **DENIED** as not in compliance with the Federal Rules of Civil Procedure or the Local Rules of this Court; and Defendants' Joint Motion for Summary Judgment on exhaustion grounds (Doc. 54) is **DENIED. The Clerk of Court is advised that the case should remain referred for all matters not recommended for dismissal in the R&R.**

**IT IS SO ORDERED** on this 16th day of July, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE