IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER MARK CARRIER**                                                                 **PLAINTIFF**

V.                            **CASE NO. 5:23-CV-5133**

**HEAD NURSE TRACEY ROBISON,**
Turn Key Health Clinics, LLC;
**SHERIFF SHAWN HOLLOWAY,** Benton County, Arkansas;
**BENTON COUNTY, AR;**
and **TURN KEY HEALTH CLINICS, LLC**                                                          **DEFENDANTS**

## ORDER

    Comes on for consideration the Report and Recommendation ("R&R") (Doc. 87) filed in this case on April 15, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R by the deadline.

    **IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITH PREJUDICE** due to Plaintiff's failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

    **IT IS SO ORDERED** on this 5th day of May, 2025.

                                              */s/ Timothy L. Brooks*
                                              TIMOTHY L. BROOKS
                                              UNITED STATES DISTRICT JUDGE