IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER MARK CARRIER**                                                           **PLAINTIFF**

V.                                  **CASE NO. 5:23-CV-5133**

**HEAD NURSE TRACEY ROBISON,**
Turn Key Health Clinics, LLC;
**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas; **BENTON COUNTY, AR;**
and **TURN KEY HEALTH CLINICS, LLC**                                                   **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 103) filed on November 19, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants Turn Hey Health Clinics, LLC's and Nurse Tracey Robison's Motion for Summary Judgment (Doc. 78) and Defendants Sheriff Shawn Holloway's and Benton County, Arkansas's Motion for Summary Judgment (Doc. 81) are **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 9th day of December, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE